# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| **HONORABLE:** Rebecca Rutherford | **PRESIDING:** Shawn |
| **DEPUTY CLERK:** L. Price | **COURT REPORTER/TAPE NUMBER:** McRoberts |
| **LAW CLERK:** _____ | **USPO:** Brandon Barnes |
| **INTERPRETER:** _____ | **Date:** May 28, 2021 |

---

Cr.No. 3:21-cr-00236-E *SEALED*                    DEFT. No. _____

UNITED STATES OF AMERICA               §
                                       §   __Marcus Busch__, AUSA
v.                                     §
                                       §   __Gregg Gallian__
WILLIAM ROY STONE, JR (1)              §   COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

## ARRAIGNMENT/REARRAIGNMENT

Time in Court: __1m__

Trial Status:  ☐ Completed by Jury Verdict  ☐ Continued from Previous Month  ☐ Direct Verdict  ☐ Evidence Entered
               ☐ Hung Jury  ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
               ☐ Mistrial  ☐ Settled/Guilty  ☐ None

Days in Trial: _____

Hearing Concluded:  ☐ Yes  ☐ No

☐ Defendant SWORN.

☑ Arraignment  ☐ Rearraignment – Held on Count(s) ___1,2-8,9,10,11___

of the __11__ count(s)  ☑ Indictment  ☐ Information  ☐ Superseding Indictment  ☐ Complaint

☐ Sentencing Guidelines                                            ☐ Superseding Information

☑ Deft enters a pleas of    ☑ Not Guilty  ☐ Guilty  ☐ Nolo

☐ Waiver of Jury Trial

☐ Waiver of Indictment filed

☐ Plea Agreement accepted      ☐ Court defers acceptance of Plea Agreement

☐ Plea Agreement filed (see agreement for details)  ☐ No Plea Agreement

☐ Plea Agreement included with Factual Resume.

☐ Factual Resume filed.

☐ Sentencing set   Date: _____   Time: _____

☐ Trial set for   Date: _____   Time: _____
    Pretrial motions due: _____   Discovery motions/Government Responses due: _____

☐ Orders for PSI, Disclosure Date and Setting Sentencing entered.

☐ PSI waiver filed.   PSI due: _____   Pre-sentence Referral Form to: _____

☑ Deft Bond   ☑ Set   ☐ reduced to $ _____   ☐ Cash   ☐ Surety   ☐ 10%   ☑ PR

☐ Deft failed to appear, bench warrant to issue.

☐ Bond   ☐ continued   ☐ forfeited

☐ Deft Custody/Detention continued.

☐ Deft REMANDED to custody.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 28 2021
CLERK, U.S. DISTRICT COURT
By _____ Deputy