IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 3:21-cr-00236-E |
| | § | |
| WILLIAM ROY STONE, JR. (1) | § | |

## ORDER MODIFYING CONDITIONS OF RELEASE

On August 10, 2023, a jury found the defendant guilty of conspiracy to commit wire fraud, wire fraud, and several other felony offenses. Therefore, under 18 U.S.C. § 3143(a)(1), the Court must order the defendant be detained unless the Court finds by clear and convincing evidence that the defendant is not likely to flee or pose a danger to any other person or the community if continued on release pending sentencing. The Court referred the issue of detention to the undersigned magistrate judge for determination.

At a hearing on the matter, the government opposed release and proffered evidence relevant to the defendant's ability and incentive to flee, as well as evidence relevant to the issue of dangerousness—including evidence that the defendant, a former law enforcement officer, possesses numerous firearms. The defendant proffered evidence in rebuttal, including evidence of the defendant's compliance with pretrial conditions of release and his ties to the community.

As stated on the record at the conclusion of the hearing, the Court finds by clear and convincing evidence that—with additional conditions of release—the

defendant is not likely to flee or pose a danger to any other person or the community if continued on release pending sentencing. Accordingly, the Court modifies the defendant's conditions of release, *see* Order (ECF No. 9), to add the following conditions:

The defendant must:

| | |
|---|---|
| 7(k) | not possess a firearm, destructive device, or other weapon. |
| 7(p), (q) | submit to location monitoring, specifically, Stand Alone Monitoring (SAM), which requires the use of Global Positioning System (GPS) tracking to monitor and enforce conditions of release. |
| 7(r) | pay all of the cost of any location monitoring program. |
| 7(s) | report as soon as possible, to the pretrial service office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops. |

SO ORDERED.

August 10, 2023.

_____
REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE

2